AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

# Return

| Case No.: 3:21-mj-00010 | Date and time warrant executed: 4/16/21 | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of : SA Scully

Inventory of the property taken and name(s) of any person(s) seized:

Cell phone contents

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/12/21

_Executing officer's signature_

Steven A. Scully, Special Agent
_Printed name and title_

Received in chambers by reliable electronic means on July 12, 2021.

USMJ